IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA MCKINLEY TULLIS, #280 307, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:15-CV-94-MHT |
| | ) | [WO] |
| SGT. KIM TURNER, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On June 23, 2015, the court entered an order granting Plaintiff fourteen days to file an amended complaint. *Doc. No. 9*. Plaintiff was cautioned that her failure to comply with the court's June 23 order would result in a Recommendation that her complaint be dismissed. *Id*. Pursuant to her requests, the court granted Plaintiff two additional extensions of time to comply with the court's June 23, 2015, order. The requisite time has passed and Plaintiff has not complied with the order of the court.[1] Consequently, the court concludes that dismissal of this case is appropriate for Plaintiff's failures to prosecute this action and comply with the orders of the court.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to prosecute this action and comply with the orders of this court.

It is further

---

[1] The court is in receipt of a document submitted by Plaintiff on July 27, 2015. *See Doc. No. 14*. The document is non-responsive to the court's June 23, 2015, order. Additionally, in its July 27, 2015, order granting Plaintiff's second request for additional time to file an amended complaint, she was informed that no further requests for additional time to comply with the court's July 23, 2015, order would be entertained by the court. *See Doc. No. 13*.

ORDERED that **on or before August 20, 2015**, Plaintiff may file an objection to the Recommendation.  Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which Plaintiff objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  Plaintiff is advised this Recommendation is not a final and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of issues covered in the report and shall bar a party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th  Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this the 6th day of August, 2015.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE