IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA McKINLEY TULLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:15cv94-MHT |
| | ) | (WO) |
| SGT. KIM TURNER, Houston County Jail, and RAY WEIHE, Dothan Police Department Investigator, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining of alleged constitutional violations related to her conviction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with orders of the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of August, 2015.

                            /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE